UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO: 03CR10349WGY |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| JUAN MONTERO, | ) 21 U.S.C. § 963 Conspiracy to |
| a/k/a "Nelson Morales," | ) Import MDMA |
| a/k/a "Ismael Maldonado," | ) |
| a/k/a "Chacho" | ) 21 U.S.C. § 952(a) - Importation |
| | ) Of MDMA |
| | ) |
| | ) 21 U.S.C. § 846 - Conspiracy to |
| | ) Distribute, and to Possess With |
| | ) Intent to Distribute, MDMA |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) - Possession |
| | ) With Intent to Distribute MDMA |
| | ) |
| | ) 18 U.S.C. § 2 - Aiding and |
| | ) Abetting |

INDICTMENT

COUNT ONE:    (21 United States Code, Section 963 - Conspiracy
to Import 3,4 methylenedioxymethamphetamine
(MDMA))

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about April 2002, and continuing thereafter until a time unknown to the grand jury, but at least until in or about June 2002, at Boston, Lynn and elsewhere in the District of Massachusetts, and elsewhere,

JUAN MONTERO,
a/k/a "Ismael Maldonado,"
a/k/a "Nelson Morales,"
a/k/a "Chacho,"

defendant herein, did knowingly and intentionally combine,

conspire, confederate and agree with other persons known and unknown to the Grand Jury, to import into the United States from a place outside thereof, namely, Madrid, Spain, and Paris, France, a quantity of 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 963 and 952(a).

COUNT TWO:    (21 United States Code, Section 952(a) - Illegal Importation of 3,4 methylenedioxymeth-amphetamine/MDMA; 18 United States Code, Section 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about June 5, 2002, at Boston, Lynn, and elsewhere in the District of Massachusetts, and elsewhere,

**JUAN MONTERO,**
a/k/a "Ismael Maldonado,"
a/k/a "Nelson Morales,"
a/k/a "Chacho,"

defendant herein, did knowingly, intentionally and unlawfully import into the United States from a place outside thereof, namely, Madrid, Spain, and Paris, France, a quantity of 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

**COUNT THREE:**   (21 United States Code, Section 846 - Conspiracy to Distribute, and to Possess With Intent to Distribute, 3,4 Methylenedioxymethamphetamine)

The Grand Jury further charges that:

From a time unknown to the Grand Jury, but at least by in or about April 2002, and continuing thereafter until a time unknown to the grand jury, but at least until in or about June 2002, at Boston, Lynn, and elsewhere in the District of Massachusetts, and elsewhere,

**JUAN MONTERO,**
a/k/a "Ismael Maldonado,"
a/k/a "Nelson Morales,"
a/k/a "Chacho,"

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, a quantity of 3,4 methylenedioxy-methamphetamine (MDMA), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT FOUR:    (21 United States Code, Section 841(a)(1) - Possession with Intent to Distribute 3,4 Methylenedioxymethamphetamine; 18 United States Code, Section 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about June 5, 2002, at Boston in the District of Massachusetts, and elsewhere,

**JUAN MONTERO,**
**a/k/a "Ismael Maldonado,"**
**a/k/a "Nelson Morales,"**
**a/k/a "Chacho,"**

defendant herein, knowingly and intentionally possessed with intent to distribute a quantity of 3,4, methylenedioxy-methamphetamine (MDMA), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; November 19, 2003

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
11-19-03 at 11:20 am