# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Montero

FOR: 
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name):

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: CR03-10349WGY
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

JUAN MONTERO (HECTOR DAVID GUERRA)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___

If married is your Spouse employed? ☐ Yes  ☒ No — DON'T KNOW IF WIFE DIVORCED HIM
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $1,600⁰⁰/MO  SOURCES: HAD BEEN WKING @ BAKERY (PILLSBURY, CHELSEA MA)

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☐ No  IF YES, state total amount $ NONE

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: NONE  DESCRIPTION: ___

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE / ___ MARRIED / ___ WIDOWED / ___ SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| RENT | | $ | $ 400⁰⁰ |
| | HMO BLUE | $ | $ 35⁰⁰ |
| | LYNN HOSPITAL (PANCHREATIC BIOPSY) TOTAL $500 | $ | $ ? |
| | MASTER CARD $500 BAL | $ | $ 60⁰⁰ |
| | | | $ 495⁰⁰ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 12-4-2003

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Juan Montero