AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JUAN MONTERO, a/k/a "Nelson Morales,"
a/k/a "Ismael Maldonado," a/k/a "Chacho"

**WARRANT FOR ARREST**

CASE NUMBER: 03CR10349WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JUAN MONTERO, a/k/a "Nelson Morales," a/k/a "Ismael Maldonado"
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to import MDMA; importation of MDMA; conspiracy to distribute, and to possess within intent to distribute, MDMA; and possession with intent to distribute MDMA.

in violation of Title __21__ United States Code, Section(s)  841, 846, 952(a), 963

Name of Issuing Officer

Signature of Issuing Officer

Supervisor
Title of Issuing Officer

11-19-03  Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/4/03

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.