UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 2003CR10349-WGY

UNITED STATES OF AMERICA

V.

JUAN MONTERO

### ORDER ON DETENTION

December 23, 2003

ALEXANDER, M.J.

The defendant, Juan Montero appeared before this Court on December 4, 2003 for an initial appearance pursuant to an indictment charging him with violation of 21 U.S.C. § § 841(a)(1) (possession with intent to distribute 3, 4 methylenedioxymethamphetamine), 846 (conspiracy to distribute and possess with intent to distribute 3, 4 methylenedioxy-methamphetamine), 952(A) (illegal importation of 3, 4 methylenedioxymethamphet-amine), 963 (conspiracy to import 3, 4 methylenedioxymethamphetamine) and 2 (aiding and abetting).  On December 9, 2003 and December 23, 2003, the defendant returned to the Court for arraignment and a detention hearing, respectively.   At the time, the government was represented by Asst. United States Attorney Seth P. Berman and the defendant was represented by Attorney John Salsberg.

Following arraignment, the defendant waived without prejudice his right to a detention hearing and consented to detention.  Accordingly, the Court ORDERED the defendant, Juan Montero, DETAINED pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.

/S/ Joyce London Alexander

United States Magistrate Judge