UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                                                             **CRIMINAL**
                                                                                 **NO. 03-10349  -WGY**

**JUAN MONTERO**

### INITIAL SCHEDULING ORDER

 **YOUNG,C.J.**

The above named defendant(s) having been arraigned on **12/10/03** before   **ALEXANDER, USMJ**  , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A.      The government shall provide automatic discovery by  **1/7/04**   See   L.R116.1(C).

B.      The defendant shall provide automatic discovery by **1/7/04**   . See LR 116.1(D).

C.      Any discovery request letters shall be sent and filed by   1/21/04. See LR 116.3 (A) and (H).

D.      Any responses to discovery request letters shall be sent and filed by  2/4/04. See LR 116.3(A).

E.      An initial status conference in accordance with LR 116.5 will be held on   **JAN.20,2004**   at      **2:00**       p.m. in Courtroom No.    **18**       on the  **5**      floor.

By the Court,

1/8/04                                                                          /s/ Elizabeth Smith

Date                                                                              Deputy Clerk

(Crinsch1.wp - 11/24/98)