# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>03-10349-WGY</u>

**UNITED STATES**
**Plaintiff**

**v.**

**JUAN MONTERO**
**Defendant**

## SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on  2/18/04

Any substantive motions are to be filed by  <u>5/10/04</u> .  See LR 116.3(E) and (H).

Response to any motion is to be filed on or before   <u>5/24/04</u>    See LR 116.3(l).

A Final Pretrial Conference will be held on  <u>5/13/04 @ 2:00 P.M.</u>

A joint memorandum in accordance with LR 116.5(C) is to be filed by <u>5/13/04</u>

A tentative trial date has been set for  <u>JUNE 14, 2004</u>

The time between  2/18/04          and   6/14/04        is excluded in the interest
of justice.

By the Court,

/s/ Elizabeth Smith

_____
**Deputy Clerk**

FEB. 18,2004

To: All Counsel