UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** )<br>)<br>v. )<br>)<br>**JUAN MONTERO,** )<br>**DEFENDANT** )<br>) | **CASE NO. : 03CR10349WGY** |

## MOTION TO CONTINUE

Now comes the defendant, Juan Montero, and hereby moves this court continue the final pre-trial conference and the trial, currently scheduled for May 11, 2004 and June 14, 2004, respectively, to June 9, 2004 and July 1, 2004, respectively.

The defendant states as reason in support thereof that counsel has recently been engaged in a protracted double homicide trial in the Massachusetts Superior Court, *Commonwealth v. Kyle Bryant,* Suffolk Superior Court Docket No. 99-11636, and requires additional time in order to prepare this matter for trial or other

appropriate disposition. Counsel has notified AUSA William Weinraub of this request, to which there is no objection.

                                        JUAN MONTERO
                                        By his attorney,

                                        /s/ John Salsberg
                                        John Salsberg
                                        B.B.O. No. 439300
                                        SALSBERG & SCHNEIDER
                                        95 Commercial Wharf

Dated: May 4, 2004                    Boston, MA 02110
                                        (617) 227-7788

## CERTIFICATE OF SERVICE

I hereby certify that I have served the within Motion to Continue upon the United States Attorney's Office by sending a copy thereof via first class mail, postage prepaid, to AUSA William Weinraub, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

                                        /s/ John Salsberg
                                        John Salsberg