UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  |                              |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL NO: 03-10349-WGY** |
| v. | ) | |
| | ) | |
| **JUAN MONTERO** | ) | |
| | ) | |

**ASSENTED-TO MOTION TO**
**VACATE TRIAL DATE AND SCHEDULE RULE 11 HEARING**

The United States of America, with the assent of defendant Juan Montero, respectfully requests that the Court vacate the trial date of December 6, 2004, and schedule a Rule 11 hearing. In support of this motion, the government states that it has been informed by defendant's counsel that defendant wishes to change his plea to guilty.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    By:  /s/ William Weinreb
        WILLIAM D. WEINREB
        Assistant U.S. Attorney
        One Courthouse Way
        Boston, MA 02119
        (617) 748-3222