UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN MONTERO,<br>a/k/a "Nelson Morales,"<br>a/k/a "Ismael Maldonado,"<br>a/k/a "Chacho" | ) CRIMINAL NO: 03-10349-WGY<br>)<br>) VIOLATIONS:<br>)<br>) 21 U.S.C. § 963 Conspiracy to<br>) Import MDMA<br>)<br>) 21 U.S.C. § 952(a) - Importation<br>) Of MDMA<br>)<br>) 18 U.S.C. § 2 - Aiding and<br>) Abetting |

## SUPERSEDING INFORMATION

COUNT ONE:   (21 United States Code, Section 963 - Conspiracy to Import 3,4 methylenedioxymethamphetamine (MDMA or "ecstasy"))

The United States Attorney Jury charges that:

From a time unknown to the United States Attorney, but at least by in or about April 2002, and continuing thereafter until a time unknown to the United States Attorney, but at least until in or about June 2002, at Boston, Lynn and elsewhere in the District of Massachusetts, and elsewhere,

JUAN MONTERO,
a/k/a "Ismael Maldonado,"
a/k/a "Nelson Morales,"
a/k/a "Chacho,"

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to import into the United States from a place outside thereof, namely, Madrid, Spain, and Paris, France, a quantity of 3,4 methylenedioxymethamphetamine (MDMA or

"ecstasy"), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 963 and 952(a).

COUNT TWO:	(21 United States Code, Section 952(a) - Illegal Importation of 3,4 methylenedioxymeth-amphetamine (MDMA or "ecstasy"); 18 United States Code, Section 2 - Aiding and Abetting)

The United States Attorney further charges that:

On or about June 5, 2002, at Boston, Lynn, and elsewhere in the District of Massachusetts, and elsewhere,

JUAN MONTERO,
a/k/a "Ismael Maldonado,"
a/k/a "Nelson Morales,"
a/k/a "Chacho,"

defendant herein, did knowingly, intentionally and unlawfully import into the United States from a place outside thereof, namely, Madrid, Spain, and Paris, France, a quantity of 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.

## Notice of Additional Factors

1. The defendant, JUAN MONTERO, a/k/a "Ismael Maldonado," a/k/a "Nelson Morales," a/k/a "Chacho," is accountable for at least two kilograms grams, but less than six kilograms, of a mixture and substance containing a detectable amount of 3,4 methylenedioxymethamphetamine (MDMA or "ecstasy"). Accordingly, USSG §2D1.1(c)(4) applies.

2. The defendant, JUAN MONTERO, a/k/a "Ismael Maldonado," a/k/a "Nelson Morales," a/k/a "Chacho," was a manager and supervisor (but not an organizer or leader) of criminal activity involving at least five participants. Accordingly, USSG §3B1.1(b) applies.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
Assistant U.S. Attorney

Dated: November 30, 2004