UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO: 03-10349-WGY </br> ) </br> ) VIOLATIONS: </br> ) </br> ) 21 U.S.C. § 963 Conspiracy to </br> ) Import MDMA </br> ) </br> ) 21 U.S.C. § 952(a) - Importation </br> ) of MDMA </br> ) </br> ) 18 U.S.C. § 2 - Aiding and </br> ) Abetting |
| v. | |
| JUAN MONTERO, </br> a/k/a "Nelson Morales," </br> a/k/a "Ismael Maldonado," </br> a/k/a "Chacho" | |

## WAIVER OF INDICTMENT

I, JUAN MONTERO, the above-named defendant, who is accused of conspiracy to import MDMA and importation of MDMA, in violation of 21 U.S.C. §§ 952(a), 963, and USSG §§2D1.1(c)(4) & §3B1.1(b), being advised of the nature of the charge(s), the proposed information, the findings contained therein, and my rights, hereby waive in open court on prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
         Judicial Officer