UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) )    ) v. ) )    ) JUAN MONTERO, ) DEFENDANT ) ) | CASE NO. : 03CR10349WGY |

### MOTION TO CONTINUE THE TIME PERIOD FOR FILING OBJECTIONS TO THE PRESENTENCE REPORT

The defendant moves this Honorable Court continue the date for filing objections to the PSR. The defendant states as reason in support thereof that counsel is currently on vacation in Italy. Counsel's office spoke with the probation officer, Kelly Foster, who indicated that in order to complete the PSR in a timely fashion, counsel's objections must be filed by July 6, 2005. However, counsel will still be on vacation on that date. Counsel had requested an extension to July 11, 2005 for filing of the objections to the PSR in this case.

WHEREFORE, Juan Montero, by and through counsel, requests this court to extend counsel's time period for filing objections to the PSR to July 11, 2005.

JUAN MONTERO
By his attorney,

/s/ John Salsberg
John Salsberg
B.B.O. No. 439300
SALSBERG & SCHNEIDER
95 Commercial Wharf
Boston, MA 02110
(617) 227-7788

Dated: June 27, 2005