UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br><br>v. )<br><br>JUAN MONTERO,<br>    DEFENDANT ) | CASE NO. : 03CR10349WGY |

## MOTION FOR LEAVE TO FILE DEFENDANT'S SECOND MOTION TO CONTINUETHE DATE FOR FILING OBJECTIONSTO THE PRESENTENCE REPORT AND THE DATE FOR SENTENCING UNDER SEAL

Now comes the defendant in the above-entitled matter and hereby moves that this Court grant him leave to file a Motion to Continue The Date For Filing Objections To The Presence Report And The Date For Sentencing under seal.

As grounds therefor, the defendant states that he is cooperating with the government and it would be in the interest of confidentiality and public safety to seal said motion.

JUAN MONTERO
By his attorney,

/s/ John Salsberg
John Salsberg
B.B.O. No. 439300
SALSBERG & SCHNEIDER
95 Commercial Wharf
Boston, MA 02110
(617) 227-7788

Dated: July 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served the within Motion to Continue upon the United States Attorney's Office by hand delivery, to AUSA William Weinreb, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

/s/ John Salsberg
John Salsberg