United States District Court
District of Massachusetts

| | |
|---|---|
| United States | ) |
| | ) |
| v. | ) Case No. : 03-CR-10349-WGY |
| | ) |
| Juan Montero, | ) |
| Defendant | ) |

**Motion for Leave to File Under Seal**

Now comes the defendant in the above-entitled matter and hereby moves that this Court grant him leave to file his sentencing memorandum under seal. As grounds therefor, the defendant states that he is cooperating with the government and it would be in the interest of confidentiality and public safety to seal the memorandum.

JUAN MONTERO
By his attorney,

/s/ John Salsberg
John Salsberg
B.B.O. No. 439300
SALSBERG & SCHNEIDER
95 Commercial Wharf
Boston, MA 02110
(617) 227-7788

Dated: September 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above motion to seal upon the United States Attorney's Office by hand delivery, to AUSA William Weinreb, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

John Salsberg

Dated: September 8, 2005