UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | CRIMINAL NO: 03-10349-WGY |
| v.  ) | |
| ) | |
| JUAN MONTERO  ) | |

## ASSENTED-TO MOTION TO SEAL AND IMPOUND

The United States, with defendant Juan Montero's assent, moves that this motion, the government's motion for downward departure based on substantial assistance, and any orders thereon, be sealed and impounded until further action by the Court on the ground that disclosure of matters discussed therein would could jeopardize ongoing investigations as well as the defendant's safety.

Sept 12, 2005,
Motion allowed.
William G. Young
Chief Judge

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
WILLIAM D. WEINREB
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

A copy of this motion was served upon counsel for defendant, John Salsberg, Esq., Salsberg & Schneider, 95 Commercial Wharf, Boston, MA 02110, by telecopier and first class mail on September 9, 2005.

_____
WILLIAM D. WEINREB
Assistant U.S. Attorney